# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                              **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO. 3:12-CV-565**

**JPMORGAN CHASE & CO. and**
**CHASE BANK USA, N.A.**                                                  **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                              **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:12-CV-571**

**HSBC BANK NEVADA, N.A.;**
**HSBC CARD SERVICES, INC.; and**
**HSBC BANK USA, N.A.**                                                   **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                              **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:12-CV-572**

**CITIGROUP, INC.; CITIBANK, N.A.; and**
**DEPARTMENT STORES NATIONAL BANK**                                       **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                  **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO. 3:12-CV-573**

**DISCOVER FINANCIAL SERVICES, INC.;
DISCOVER BANK; DFS SERVICES, L.L.C.;
and AMERICAN BANKERS MANAGEMENT
CORPORATION, INC.**                                  **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                    **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO. 3:12-CV-574**

**BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.**                              **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                    **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO. 3:12-CV-575**

**CAPITAL ONE BANK (USA) N.A.; and
CAPITAL ONE SERVICES, LLC**                           **DEFENDANTS**

## NOTICE OF U.S. SUPREME COURT ACTION

Defendants Discover Financial Services, Inc., Discover Bank, and DFS Services, L.L.C. (collectively, "Defendants") hereby notify this Court that the U.S. Supreme Court recently granted a petition for writ of certiorari relating to the Fifth

Circuit's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 701 F.3d 796 (5th Cir. 2012). *See Mississippi ex rel. Hood v. AU Optronics Corp.*, No. 12-1036, 2013 WL 655204 (U.S. May 28, 2013). All parties in *AU Optronics* asked the Supreme Court to grant certiorari to resolve a circuit split on the issue of whether an attorney general action that asserts claims on behalf of citizens is removable as a "mass action" under the Class Action Fairness Act ("CAFA"). The Supreme Court's decision in that case may impact this Court's ruling on the Attorney General's pending motion to remand.

In *AU Optronics*, the Fifth Circuit held that a lawsuit filed by the Mississippi Attorney General seeking relief for harms allegedly suffered by Mississippi citizens was removable as a "mass action" pursuant to the CAFA provisions codified at 28 U.S.C. § 1332(d). Both Plaintiff and Defendants in this case cited *AU Optronics* as controlling authority on the question of whether this case is a removable "mass action." *See, e.g.*, Pl.'s Supp. Mem., Doc. 27, at 2-9; Defs.' Mem. in Opp., Doc. 31, at 17-21.

Defendants removed this action to federal court on three grounds: (1) the complete preemption doctrine, and (2) CAFA. If this Court agrees that jurisdiction over this action exists under the complete preemption, then the Supreme Court's decision in *AU Optronics* will have no effect here. If, however, this Court concludes that jurisdiction over this action depends on the CAFA "mass

- 3 -

action" provisions, then the Supreme Court's decision in *AU Optronics* will be controlling, and Defendants respectfully submit that this Court should await the Supreme Court's decision before ruling on the remand motion.

Defendants will keep this Court apprised of the status of *AU Optronics*.

This the 31st day of May, 2013.

**DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, and DFS SERVICES, L.L.C.**


By: s/ Mark H. Tyson
      Of Counsel

Mark H. Tyson (MSB #9893)
Stephen T. Masley (MSB #101870)
McGLINCHEY STAFFORD, PLLC
City Center South, Suite 1100
200 South Lamar Street (Zip - 39201)
Post Office Drawer 22949
Jackson, Mississippi  39225-2949
Telephone: (769) 524-2300/Facsimile:   (769) 524-2333
mtyson@mcglinchey.com
smasley@mcglinchey.com

David W. Moon (admitted *pro hac vice*)
Julia B. Strickland (admitted *pro hac vice*)
Jason S. Yoo (admitted *pro hac vice*)
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  (310)556-5800/Facsimile:   (310)556-5959
dmoon@stroock.com
jstrickland@stroock.com
jsyoo@stroock.com

- 4 -

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

Geoffrey Morgan
Meredith M. Alridge
Bridgette W. Wiggins
Special Assistant Attorneys General
Office of the Attorney General
Post Office Box 220
550 High Street, Suite 1200
Jackson, MS 39205
maldr@ago.state.ms.us
bwill@ago.state.ms.us

Richard Golomb
Kenneth J. Grunfeld
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102

Laura J. Baughman
Thomas M. Sims
S. Ann Saucer
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

J. Burton LeBlanc, IV
BARON & BUDD, P.C.
9015 Bluebonnet Boulevard
Baton Rouge, LA 70810

Alan Walter Perry
Phillip S. Sykes
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Andrew Soukup
Robert D. Wick
COVINGTON & BURLING, LLP
1201 Pennsylvania Ave NW
Washington, DC 20007

David W. Moon
Jason S. Yoo
Julie Strickland
STROOK, STROOK & LAVAN, LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Elizabeth T. Bufkin
Jeffrey S. Dilley
William Kurt Henke
HENKE BUFKIN
P.O. Box 39
Clarksdale, MS 38614

Noah A. Levine
Robert W. Trenchard
WILMER CUTLER PICKERING HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Charles E. Griffin
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010

Markham R. Leventhal
JORDEN BURT, LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131

David L. Permut
GOODWIN PROCTOR, LLP
901 New York Avenue, N.W.
Washington, DC 20001

H. Hunter Twiford, III
Taylor A. Heck
McGLINCHEY STAFFORD, PLLC
P.O. Drawer 22949
Jackson, MS 39225-2949

Christopher Daniel Meyer
Dorsey R. Carson, Jr.
BURR & FORMAN, LLP
401 E. Capitol Street, Suite 100
Jackson, MS 39201

This, the 31st day of May, 2013.

s/ Mark H. Tyson<br>Of Counsel

273485.1