# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *EX REL.* **THE STATE OF MISSISSIPPI** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:12-CV-565** |
| **JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.** | **DEFENDANTS** |

*CONSOLIDATED WITH*

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *EX REL.* **THE STATE OF MISSISSIPPI** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 3:12-CV-571** |
| **HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; and HSBC BANK USA, N.A.** | **DEFENDANTS** |

*CONSOLIDATED WITH*

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *EX REL.* **THE STATE OF MISSISSIPPI** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 3:12-CV-572** |
| **CITIGROUP, INC.; CITIBANK, N.A.; and DEPARTMENT STORES NATIONAL BANK** | **DEFENDANTS** |

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                              **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 3:12-CV-573**

**DISCOVER FINANCIAL SERVICES, INC.;
DISCOVER BANK; DFS SERVICES, L.L.C.;
and AMERICAN BANKERS MANAGEMENT
CORPORATION, INC.**                              **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                              **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 3:12-CV-574**

**BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.**                              **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                              **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 3:12-CV-575**

**CAPITAL ONE BANK (USA) N.A.; and
CAPITAL ONE SERVICES, LLC**                              **DEFENDANTS**

**NOTICE OF U.S. SUPREME COURT ACTION**

Defendants HSBC Bank Nevada, N.A., HSBC Card Services Inc. and HSBC Bank USA, N.A. (collectively, "Defendants") hereby notify this Court that the U.S. Supreme Court recently granted a petition for writ of certiorari relating to the Fifth

Circuit's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 701 F.3d 796 (5th Cir. 2012). *See Mississippi ex rel. Hood v. AU Optronics Corp.*, No. 12-1036, 2013 WL 655204 (U.S. May 28, 2013). All parties in *AU Optronics* asked the Supreme Court to grant certiorari to resolve a circuit split on the issue of whether an attorney general action that asserts claims on behalf of citizens is removable as a "mass action" under the Class Action Fairness Act ("CAFA"). The Supreme Court's decision in that case may impact this Court's ruling on the Attorney General's pending motion to remand.

In *AU Optronics*, the Fifth Circuit held that a lawsuit filed by the Mississippi Attorney General seeking relief for harms allegedly suffered by Mississippi citizens was removable as a "mass action" pursuant to the CAFA provisions codified at 28 U.S.C. § 1332(d). Both Plaintiff and Defendants in this case cited *AU Optronics* as controlling authority on the question of whether this case is a removable "mass action." *See, e.g.*, Pl.'s Supp. Mem., Doc. 27, at 2-9; Defs.' Mem. in Opp., Doc. 31, at 17-21.

Defendants removed this action to federal court on three grounds: (1) the complete preemption doctrine, (2) the substantial federal question doctrine, and (3) CAFA. If this Court agrees that jurisdiction over this action exists under the complete preemption, or the substantial federal question doctrines, then the Supreme Court's decision in *AU Optronics* will have no effect here. If, however,

this Court concludes that jurisdiction over this action depends on the CAFA "mass action" provisions, then the Supreme Court's decision in *AU Optronics* will be controlling, and Defendants respectfully submit that this Court should await the Supreme Court's decision before ruling on the remand motion.

Defendants will keep this Court apprised of the status of *AU Optronics*.

This the 31st day of May, 2013.

                                 **HSBC BANK NEVADA, N.A., HSBC CARD SERVICES INC. AND HSBC BANK USA, N.A.**

                                 By: s/ Mark H. Tyson
                                        Of Counsel

Mark H. Tyson (MSB #9893)
Stephen T. Masley (MSB #101870)
McGLINCHEY STAFFORD, PLLC
City Center South, Suite 1100
200 South Lamar Street (Zip - 39201)
Post Office Drawer 22949
Jackson, Mississippi  39225-2949
Telephone: (769) 524-2300/Facsimile:   (769) 524-2333
mtyson@mcglinchey.com
smasley@mcglinchey.com

David W. Moon (admitted *pro hac vice*)
Julia B. Strickland (admitted *pro hac vice*)
Jason S. Yoo (admitted *pro hac vice*)
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  (310)556-5800/Facsimile:   (310)556-5959
**dmoon@stroock.com**

**jstrickland@stroock.com**
**jsyoo@stroock.com**

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

>Geoffrey Morgan
>Meredith M. Alridge
>Bridgette W. Wiggins
>Special Assistant Attorneys General
>Office of the Attorney General
>Post Office Box 220
>550 High Street, Suite 1200
>Jackson, MS 39205
>maldr@ago.state.ms.us
>bwill@ago.state.ms.us
>
>Richard Golomb
>Kenneth J. Grunfeld
>GOLOMB & HONIK
>1515 Market Street, Suite 1100
>Philadelphia, PA 19102
>
>Laura J. Baughman
>Thomas M. Sims
>S. Ann Saucer
>BARON & BUDD, P.C.
>3102 Oak Lawn Avenue, Suite 1100
>Dallas, TX 75219
>
>J. Burton LeBlanc, IV
>BARON & BUDD, P.C.
>9015 Bluebonnet Boulevard
>Baton Rouge, LA 70810
>
>Alan Walter Perry
>Phillip S. Sykes
>FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
>P.O. Box 22608
>Jackson, MS 39225-2608

Andrew Soukup
Robert D. Wick
COVINGTON & BURLING, LLP
1201 Pennsylvania Ave NW
Washington, DC 20007

David W. Moon
Jason S. Yoo
Julie Strickland
STROOK, STROOK & LAVAN, LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Elizabeth T. Bufkin
Jeffrey S. Dilley
William Kurt Henke
HENKE BUFKIN
P.O. Box 39
Clarksdale, MS 38614

Noah A. Levine
Robert W. Trenchard
WILMER CUTLER PICKERING HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Charles E. Griffin
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010

Markham R. Leventhal
JORDEN BURT, LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131

David L. Permut
GOODWIN PROCTOR, LLP
901 New York Avenue, N.W.
Washington, DC 20001

H. Hunter Twiford, III
Taylor A. Heck
McGLINCHEY STAFFORD, PLLC
P.O. Drawer 22949
Jackson, MS 39225-2949

Christopher Daniel Meyer
Dorsey R. Carson, Jr.
BURR & FORMAN, LLP
401 E. Capitol Street, Suite 100
Jackson, MS 39201

This, the 31st day of May, 2013.

              s/ Mark H. Tyson
              Of Counsel

273486.1