## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                                                  **PLAINTIFFS**

**V.**                                                           **CIVIL ACTION NO. 3:12-CV-565**

**JPMORGAN CHASE & CO. and**
**CHASE BANK USA, N.A.**                                                                         **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                                                   **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 3:12-CV-571**

**HSBC BANK NEVADA, N.A.;**
**HSBC CARD SERVICES, INC.; and**
**HSBC BANK USA, N.A.**                                                                          **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                                                   **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 3:12-CV-572**

**CITIGROUP, INC.; CITIBANK, N.A.; and**
**DEPARTMENT STORES NATIONAL BANK**                                              **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI,** *EX REL.*
**THE STATE OF MISSISSIPPI**                                                                  **PLAINTIFFS**

**V.**                                                           **CIVIL ACTION NO. 3:12-CV-573**

**DISCOVER FINANCIAL SERVICES, INC.;**
**DISCOVER BANK; DFS SERVICES, L.L.C.;**
**and AMERICAN BANKERS MANAGEMENT**
**CORPORATION, INC.**                                                                            **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *EX REL.*
THE STATE OF MISSISSIPPI** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:12-CV-574**

**BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.** **DEFENDANTS**

*CONSOLIDATED WITH*

**JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *EX REL.*
THE STATE OF MISSISSIPPI** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:12-CV-575**

**CAPITAL ONE BANK (USA) N.A.; and
CAPITAL ONE SERVICES, LLC** **DEFENDANTS**

## NOTICE OF ACTION BY UNITED STATES SUPREME COURT

The Defendants Bank of America Corporation and FIA Card Services, N.A. (collectively, "Bank of America") hereby join the other Defendants in notifying this Court that the United States Supreme Court recently granted a petition for writ of certiorari relating to the Fifth Circuit's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 701 F.3d 796 (5th Cir. 2012). *See Mississippi ex rel. Hood v. AU Optronics Corp.*, No. 12-1036, 2013 WL 655204 (U.S. May 28, 2013). All parties in *AU Optronics* asked the Supreme Court to grant certiorari to resolve a circuit split on the issue of whether an attorney general action that asserts claims on behalf of citizens is removable as a "mass action" under the Class Action Fairness Act of 2005 ("CAFA"). The Supreme Court's decision in that case may impact this Court's ruling on the Attorney General's pending motion to remand.

In *AU Optronics*, the Fifth Circuit held that a lawsuit brought by the Mississippi Attorney General seeking relief for harm allegedly suffered by Mississippi citizens was removable as a

"mass action" pursuant to the provisions of CAFA codified at 28 U.S.C. § 1332(d).  Both the Plaintiff and the Defendants in the instant case cited *AU Optronics* as controlling authority on the question of whether this case is removable as a "mass action."  *See, e.g.*, Pl.'s Supp. Mem., Doc. 27, at 2-9; Defs.' Mem. in Opp., Doc. 31, at 17-21.

The Defendants removed this action to federal court on three grounds:  (1) the complete preemption doctrine, and (2) CAFA's "mass action" provisions.  If this Court agrees that jurisdiction over this action exists under the complete preemption, then the Supreme Court's decision in *AU Optronics* will have little effect here.  If, however, this Court concludes that jurisdiction depends on the CAFA "mass action" provisions, then the Supreme Court's decision in *AU Optronics* will be controlling;  accordingly, Bank of America respectfully submits that this Court should await the Supreme Court's decision before ruling on the remand motion.

Bank of America will keep this Court apprised of the status of *AU Optronics*.

THIS, the 4th day of June, 2013.

    Respectfully submitted,

    **BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A.**
    Defendants

    By:   s/ H. Hunter Twiford, III
        H. Hunter Twiford III
        One of its Attorneys

**OF COUNSEL:**

H. Hunter Twiford III (MSB No. 8162)
Taylor A. Heck  (MSB No. 102833)
**McGLINCHEY STAFFORD PLLC**
200 South Lamar Street
City Centre South, Suite 1100
Jackson, MS 39201
Phone: (769) 524-2323
Fax: (769) 524-2331
Email: htwiford@mcglinchey.com

David L. Permut (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
Email: dpermut@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I, the undersigned H. Hunter Twiford, III, McGlinchey Stafford PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Alan Walter Perry     aperry@fpwk.com, hamptoncl@fpwk.com

Andrew Soukup - PHV     asoukup@cov.com

Bridgette Williams Wiggins     bwill@ago.state.ms.us

Charles E. Griffin     charles.griffin@butlersnow.com, ecf.notices@butlersnow.com, felicia.wilson@butlersnow.com

Christopher Daniel Meyer     cmeyer@burr.com, amcknigh@burr.com, cmccann@burr.com, sjones@burr.com

David W. Moon - PHV     dmoon@stroock.com

Dorsey R. Carson , Jr.     dcarson@burr.com, amcknigh@burr.com, cmccann@burr.com, sjones@burr.com

Elizabeth T. Bufkin     etb@henke-bufkin.com

Geoffrey C. Morgan     gmorg@ago.state.ms.us, cburn@ago.state.ms.us

Jason S. Yoo - PHV     jsyoo@stroock.com, lacalendar@stroock.com

Jeffrey S. Dilley     jsd@henke-bufkin.com

Julia Strickland - PHV     jstrickland@stroock.com, lacalendar@stroock.com

Laura Jean Baughman - PHV     lbaughman@baronbudd.com, awilson@baronbudd.com

Mark H. Tyson     mtyson@mcglinchey.com, tpittman@mcglinchey.com, vmcqueen@mcglinchey.com

Markham R. Leventhal     ml@jordenusa.com, ed@jordenusa.com, fj@jordenusa.com, jpk@jordenusa.com

Noah A. Levine - PHV     noah.levine@wilmerhale.com

Phillip S. Sykes     psykes@fpwk.com, watsonha@fpwk.com

Robert D. Wick - PHV     rwick@cov.com

      Robert W. Trenchard - PHV    robert.trenchard@wilmerhale.com

      S. Ann Saucer - PHV    asaucer@baronbudd.com

      Stephen T. Masley    smasley@mcglinchey.com, mmason@mcglinchey.com

      William Kurt Henke    wkh@henke-bufkin.com, etb@henke-bufkin.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

        NONE

    THIS, the 4th day of June, 2013.

                                  s/ H. Hunter Twiford, III
                                  H. Hunter Twiford, III

273519.2