**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *ex rel.* THE
STATE OF MISSISSIPPI,

                     **Plaintiff,**

v.

JPMORGAN CHASE & CO. *ET AL.*

                     **Defendants.**

CIVIL NO.: 3:12-cv-565-WHB-LRA

**CAPITAL ONE BANK (USA) N.A. AND CAPITAL ONE SERVICES, LLC'S JOINDER
IN JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S NOTICE OF U.S.
SUPREME COURT ACTION**

      Capital One Bank (USA) and Capital One Services, LLC (collectively, "Capital One Defendants") hereby give notice that they expressly join in and consent to JPMorgan Chase & Co. and Chase Bank USA, N.A.'s Notice of U.S. Supreme Court Action [Doc. 38], notifying this Court that the U.S. Supreme Court recently granted a petition for writ of certiorari relating to the Fifth Circuit's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 701 F.3d 796 (5th Cir. 2012).  *See Mississippi ex rel. Hood v. AU Optronics Corp.*, No. 12-1036, 2013 WL 655204 (U.S. May 28, 2013).  By virtue of this Joinder, the Capital One Defendants adopt and incorporate all arguments, authorities and relief set forth therein.

      Defendants will keep this Court apprised of the status of *AU Optronics*.

sf-3292436

- 2 -

DATED:  June 4, 2013.

                              CAPITAL ONE BANK (USA) N.A. and
                              CAPITAL ONE SERVICES, LLC

By:   */s/Dorsey R. Carson, Jr.*
       Dorsey R. Carson, Jr. (MB No. 10493)
       Christopher D. Meyer (MB No. 103467)
       BURR FORMAN LLP
       401 E. Capitol Street, Suite 100
       Jackson, MS 39201
       Tel:     (601) 960-8600
       Fax:    (601) 443-1595
       E-mail:  dcarson@burr.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send a notification of such filing to the counsel of record who have entered appearances in this action.

                *s/Dorsey R. Carson, Jr.*
                OF COUNSEL