UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,**<br><br>**Plaintiff,**<br>v.<br><br>**JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.**<br><br>**Defendants.** | **CIVIL NO.: 3:12-cv-565-WHB-LRA** |

*CONSOLIDATED WITH*

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,**<br><br>**Plaintiff,**<br>v.<br><br>**CITIGROUP, INC.; CITIBANK, N.A.; and DEPARTMENT STORES NATIONAL BANK**<br><br>**Defendants.** | **CIVIL NO.: 3:12-cv-572-WHB-LRA** |

**CITIGROUP INC., CITIBANK, N.A., AND DEPARTMENT STORES NATIONAL BANK'S JOINDER IN JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S NOTICE OF U.S. SUPREME COURT ACTION**

Defendants Citigroup Inc., Citibank, N.A., and Department Stores National Bank (collectively "Citi") hereby give notice that they expressly join in and consent to JPMorgan Chase & Co. and Chase Bank USA, N.A.'s Notice of U.S. Supreme Court Action [Doc 38],

ActiveUS 111018450v.2

notifying this Court that the U.S. Supreme Court recently granted a petition for writ of certiorari relating to the Fifth Circuit's decision in *Mississippi ex rel. Hood v. AU Optronics Corp.*, 701 F.3d 796 (5th Cir. 2012).  *See Mississippi ex rel. Hood v. AU Optronics Corp.*, No. 12-1036, 2013 WL 655204 (U.S. May 28, 2013).  By virtue of this Joinder, Citi adopts and incorporates all arguments, authorities, and requests for relief set forth therein.

Citi will keep this Court apprised of the status of *AU Optronics*.

DATED:  June 4, 2013. Respectfully submitted,

By: s/ Jeffrey S. Dilley
W. Kurt Henke, MBN 2305
Elizabeth T. Bufkin, MBN 8204
Jeffrey S. Dilley, MBN 6127
HENKE BUFKIN, P.A.
P.O. Box 39
Clarksdale, MS 38614
Tel: (662) 624-8500
Fax: (662) 624-8040
E-mail: wkh@henke-bufkin.com
etb@henke-bufkin.com
jsd@henke-bufkin.com

Robert W. Trenchard (admitted *pro hac vice*)
Noah Levine (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE &
    DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: robert.trenchard@wilmerhale.com
noah.levine@wilmerhale.com

*Attorneys for Citigroup Inc., Citibank, N.A., and Department Stores National Bank*

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that on June 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send a notification of such filing to the counsel of record who have entered appearances in this action.

                                                        s/ Jeffrey S. Dilley