# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF | |
| THE STATE OF MISSISSIPPI, *ex rel.* | PLAINTIFF |
| THE STATE OF MISSISSIPPI, | |
| | |
| vs. | Civil Action No.: 3:12-cv-565-WHB-RHW |
| | |
| JPMORGAN CHASE & CO., and | |
| CHASE BANK USA, N.A., | DEFENDANTS |

## CONSOLIDATED WITH

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF | |
| THE STATE OF MISSISSIPPI, *ex rel.* | PLAINTIFF |
| THE STATE OF MISSISSIPPI, | |
| | |
| vs. | Civil Action No.: 3:12-cv-571 |
| | |
| HSBC BANK NEVADA, N.A., | |
| HSBC CARD SERVICES, INC.; and | DEFENDANTS |
| HSBC BANK USA, N.A. | |

## CONSOLIDATED WITH

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF | |
| THE STATE OF MISSISSIPPI, *ex rel.* | PLAINTIFF |
| THE STATE OF MISSISSIPPI, | |
| | |
| vs. | Civil Action No.: 3:12-cv-572 |
| | |
| CITIGROUP INC.; CITIBANK, N.A.; and | |
| DEPARTMENT STORES NATIONAL | DEFENDANTS |
| BANK | |

## CONSOLIDATED WITH

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-573 |
| DISCOVER FINANCIAL SERVICES, INC.;<br>DISCOVER BANK; DFS SERVICES, L.L.C.;<br>and AMERICAN BANKERS<br>MANAGEMENT COMPANY, INC. | DEFENDANTS |

<u>CONSOLIDATED WITH</u>

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-574 |
| BANK OF AMERICA CORPORATION and<br>FIA CARD SERVICES, N.A. | DEFENDANTS |

<u>CONSOLIDATED WITH</u>

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-575 |
| CAPITAL ONE BANK (USA) N.A., and<br>CAPITAL ONE SERVICES, LLC | DEFENDANTS |

**STATE OF MISSISSIPPI'S MOTION FOR CERTIFICATION OF QUESTIONS FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Comes now Plaintiff Jim Hood, Attorney General for the State of Mississippi, on behalf of the State of Mississippi, and moves this Court, pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 5 of the Federal Rules of Appellate Procedure, and Title 28, United States Code § 1292(b), for an Order certifying this Court's Opinion and Order for appeal to the Fifth Circuit Court of Appeals.

As more fully explained in the accompanying motion, the order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation. This petition is filed in an abundance of caution to streamline the issues the State will ask the Fifth Circuit to consider.

This motion is based upon the memorandum of authorities attached hereto, the pleadings and record in this case, and such further evidence and argument as may be presented.

Dated: August 9, 2013            RESPECTFULLY SUBMITTED,

                                 **JIM HOOD, ATTORNEY GENERAL**
                                 **STATE OF MISSISSIPPI**

                         BY:     /s/George W. Neville
                                 GEOFFREY MORGAN, MS BAR NO. 3474
                                 SPECIAL ASSISTANT ATTORNEY GENERAL
                                 GEORGE W. NEVILLE, MS BAR NO. 3822
                                 SPECIAL ASSISTANT ATTORNEY GENERAL
                                 ALEXANDER KASSOFF, MS BAR NO. 103581
                                 SPECIAL ASSISTANT ATTORNEY GENERAL
                                 Post Office Box 220
                                 550 High Street, Suite 1200
                                 Jackson, MS  39205-0220
                                 Tel.: 601-359-3680/Fax:  601-359-2003
                                 gnevi@ago.state.ms.us

OF COUNSEL:

J. Burton LeBlanc, IV
Laura J. Baughman
S. Ann Saucer
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
bleblanc@baronbudd.com
lbaughman@baronbudd.com
asaucer@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on all counsel of record via the Court's CM/ECF system on the 9th day of August, 2013.

/s/George W. Neville
GEORGE W. NEVILLE, MS BAR NO. 3822
SPECIAL ASSISTANT ATTORNEY GENERAL
Post Office Box 220
550 High Street, Suite 1200
Jackson, MS  39205-0220
Tel.:  601-359-3680/Fax:  601-359-2003

gnevi@ago.state.ms.us