**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-565-WHB-LRA |
| **JPMORGAN CHASE & CO., et al.,** | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-571 |
| **HSBC BANK NEVADA, N.A., et al.,** | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-572 |
| **CITIGROUP INC., et al.,** | DEFENDANTS |

CONSOLIDATED WITH

- 2 -

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-573 |
| **DISCOVER FINANCIAL SERVICES, INC., et al.,** | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-574 |
| **BANK OF AMERICA CORPORATION, et al.,** | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** *ex rel.* **THE STATE OF MISSISSIPPI,** | PLAINTIFF |
| v. | CIVIL NO.: 3:12-cv-572 |
| **CAPITAL ONE BANK (USA) N.A., et al.,** | DEFENDANTS |

**DEFENDANTS' JOINT RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION TO CERTIFY
<u>AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B)</u>**

Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.; Capital One Bank (USA) N.A. and Capital One Services, LLC; Citigroup Inc., Citibank, N.A., and Department Stores National Bank; Discover Financial Services, Inc., Discover Bank, and DFS Services, LLC; Bank of America Corp. and FIA Card Services, NA; and HSBC Bank Nevada, N.A., HSBC Bank USA, N.A., and HSBC Card Services, Inc.; and American Bankers Management Company, Inc submit this Joint Response In Opposition To Plaintiff's Motion To Certify An Interlocutory Appeal Under 28 U.S.C. § 1292(b).

As further explained in the supporting memorandum of law that Defendants are filing separately under Local Rule 7(b)(2), the motion should be denied because the questions the Attorney General asks this Court to certify for interlocutory appeal (1) do not present a "controlling question of law as to which there is substantial ground for difference of opinion," and (2) would not "materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

Defendants also submit the following Exhibits with this Joint Response:

Exhibit 1:   State of Mississippi's Petition for Permission to Appeal Order Denying Remand Pursuant to 28 U.S.C. § 1453(c)

Exhibit 2:   Defendants - Respondents' Joint Answer In Opposition to the Petition for Permission to File Appeal

DATED: August 30, 2013.

        JPMORGAN CHASE & CO. and
        CHASE BANK USA, N.A.

        By:    /s/ Phillip S. Sykes
               Alan W. Perry (MB No. 4127)
               Phillip S. Sykes (MB No. 10126)
               FORMAN PERRY WATKINS KRUTZ & TARDY LLP
               200 South Lamar Street, Suite 100 (Zip 39201)
               P.O. Box 22608
               Jackson, MS 39225-2608
               Tel:    (601) 960-8600
               Fax:   (601) 960-8613
               E-mail:  aperry@fpwk.com
                           psykes@fpwk.com

               Robert D. Wick (admitted *pro hac vice*)
               Andrew Soukup (admitted *pro hac vice*)
               COVINGTON & BURLING LLP
               1201 Pennsylvania Avenue, NW
               Washington, DC 20007
               Tel:    (202) 662-6000
               Fax:   (202) 662-6291
               E-mail:  rwick@cov.com
                           asoukup@cov.com


        CAPITAL ONE BANK (USA) N.A. and CAPITAL ONE SERVICES, LLC

        By:    /s/ Dorsey R. Carson
               Dorsey R. Carson, Jr. (MB No. 10493)
               Christopher D. Meyer (MB No. 103467)
               BURR FORMAN LLP
               401 E. Capitol Street, Suite 100
               Jackson, MS 39201
               Tel:    (601) 960-8600
               Fax:   (601) 443-1595
               E-mail:  dcarson@burr.com
                           cmeyer@burr.com

- 5 -

                          CITIGROUP INC. AND CITIBANK, N.A.

By:    /s/ Noah A. Levine
        W. Kurt Henke, MBN 2305
        Elizabeth T. Bufkin, MBN 8204
        Jeffrey S. Dilley, MBN 6127
        HENKE BUFKIN, P.A.
        P.O. Box 39
        Clarksdale, MS 38614
        Tel:    (662) 624-8500
        Fax:   (662) 624-8040
        E-mail:  wkh@henke-bufkin.com
                   etb@henke-bufkin.com
                   jsd@henke-bufkin.com

        Noah A. Levine (admitted *pro hac vice*)
        Robert W. Trenchard (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE & DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Tel:    (212) 230-8800
        Fax:   (212) 230-8888
        E-mail:  robert.trenchard@wilmerhale.com
                   noah.levine@wilmerhale.com

DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, and DFS SERVICES, LLC

By: /s/ Mark H. Tyson
    Mark H. Tyson (MSB #9893)
    Stephen T. Masley (MSB #101870)
    McGLINCHEY STAFFORD, PLLC
    City Center South, Suite 1100
    200 South Lamar Street (Zip - 39201)
    Post Office Drawer 22949
    Jackson, Mississippi 39225-2949
    Tel:  (601) 960-8400
    Fax:  (601) 960-3520
    E-mail:  mtyson@mcglinchey.com
            smasley@mcglinchey.com

    David W. Moon (admitted *pro hac vice*)
    Julia B. Strickland (admitted *pro hac vice*)
    Jason S. Yoo (admitted *pro hac vice*)
    STROOCK & STROOCK & LAVAN LLP
    2029 Century Park East
    Los Angeles, CA 90067-3086
    Tel:  (310) 556-5800
    Fax:  (310) 556-5959
    E-mail:  dmoon@stroock.com
            jstrickland@stroock.com
            jsyoo@stroock.com

BANK OF AMERICA CORP. and FIA CARD SERVICES, NA

By: /s/ H. Hunter Twiford III
    H. Hunter Twiford III (MSB No. 8162)
    Taylor A. Heck (MSB No. 102833)
    McGLINCHEY STAFFORD PLLC
    200 South Lamar Street
    City Centre South, Suite 1100
    Jackson, MS 39201
    Tel:   (601) 960-8400
    Fax:   (601) 960-8406
    E-mail:   htwiford@mcglinchey.com

    David L. Permut (admitted *pro hac vice*)
    GOODWIN PROCTER LLP
    901 New York Ave., NW
    Washington, D.C. 20001
    Tel:   (202) 346-4000
    Fax:   (202) 346-4444
    E-mail:   dpermut@goodwinprocter.com

HSBC BANK NEVADA, N.A., HSBC BANK
USA, N.A., and HSBC CARD SERVICES, INC.

By: /s/ Mark H. Tyson
    Mark H. Tyson (MSB #9893)
    Stephen T. Masley (MSB #101870)
    McGLINCHEY STAFFORD, PLLC
    City Center South, Suite 1100
    200 South Lamar Street (Zip - 39201)
    Post Office Drawer 22949
    Jackson, Mississippi 39225-2949
    Tel:    (601) 960-8400
    Fax:    (601) 960-3520
    E-mail:    mtyson@mcglinchey.com
               smasley@mcglinchey.com

    David W. Moon (admitted *pro hac vice*)
    Julia B. Strickland (admitted *pro hac vice*)
    Jason S. Yoo (admitted *pro hac vice*)
    STROOCK & STROOCK & LAVAN LLP
    2029 Century Park East
    Los Angeles, CA 90067-3086
    Tel:    (310) 556-5800
    Fax:    (310) 556-5959
    E-mail:    dmoon@stroock.com
               jstrickland@stroock.com
               jsyoo@stroock.com

- 9 -

                AMERICAN BANKERS MANAGEMENT
                COMPANY, INC.

                By:    /s/ Markham R. Leventhal
                          Charles E. Griffin (MSB #5015)
                          BUTLER SNOW O'MARA STEVENS &
                          CANNADA PLLC
                          1020 Highland Colony Parkway, Suite 1400
                          Ridgeland, MS 39157
                          Tel:     (601) 985-4583
                          Fax:    (601) 985-4500
                          E-mail:  charles.griffin@butlersnow.com

                          Markham R. Leventhal (MSB #101091)
                          JORDEN BURT LLP
                          777 Brickell Avenue, Suite 500
                          Miami, FL 33131-2803
                          Tel:     (305) 371-2600
                          Fax:    (305) 372-9928
                          E-mail:  ml@jordenusa.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send a notification of such filing to the counsel of record who have entered appearances in this action.

/s/ Phillip S. Sykes
Phillip S. Sykes