# EXHIBIT A

Case No. 13-80018

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATE OF HAWAII, Plaintiff, vs. JP MORGAN CHASE & CO., et al., Defendants, Civ. No. 1:12-00263 LEK-KSC

STATE OF HAWAII, Plaintiff, vs. HSBC BANK NEVADA, N.A., et al., Defendants, Civ. No. 1:12-00266 LEK-KSC

STATE OF HAWAII, Plaintiff, vs. CAPITAL ONE BANK (USA), N.A., et al., Defendants, Civ. No. 1:12-00268 LEK-KSC

STATE OF HAWAII, Plaintiff, vs. DISCOVER FINANCIAL SERVICES, INC., et al., Defendants, Civ. No.1:12-00269 LEK-KSC

STATE OF HAWAII, Plaintiff, vs. BANK OF AMERICA CORPORATION, et al., Defendants, Civ. No. 1:12-00270 LEK-KSC

STATE OF HAWAII, Plaintiff, vs. CITIGROUP INC., et al., Defendants, Civ. No. 1:12-00271 LEK-KSC

Petition for Permission to Appeal
From the United States District Court for the District of Hawaii
The Honorable Leslie E. Kobayashi

## DEFENDANTS' JOINT ANSWER IN OPPOSITION
## TO THE PETITION FOR PERMISSION TO FILE APPEAL

Thomas Benedict
GOODSILL ANDERSON QUINN & STIFEL LLLP
Alii Place
1099 Alakea St. Suite 1800
Honolulu, HI 96813
Tel: (808) 547-5600

Robert D. Wick
Andrew Soukup
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000

*Attorneys for JPMorgan Chase & Co. and Chase Bank USA, N.A., on behalf of all Defendants*

decisions and dismisses the Complaints on preemption grounds, this Court can then consider a single appeal encompassing both (1) the "complete" preemption jurisdictional arguments, and (2) the related "ordinary" preemption merits arguments. The strong policy against piecemeal appeals thus supports denial of an interlocutory appeal. *See, e.g.*, *Coopers & Lybrand*, 437 U.S. at 475.

*Third*, an interlocutory appeal would present not only the complete preemption question on which the Attorney General seeks review, but also the alternative ground for removal addressed in the district court's Order, namely, whether the Attorney General's claims were removable under CAFA because they include class action claims arising under H.R.S. § 480-14(b). *See* Order at 31-43. Any interlocutory appeal would present that question as well as the question the Attorney General wishes to pursue. *See Lee v. Am. Nat'l Ins. Co.*, 260 F.3d 997, 1000 (9th Cir. 2001).

For these additional reasons, this Court should deny the Attorney General's petition to file a piecemeal, interlocutory appeal.

## CONCLUSION

For the foregoing reasons, this Court should deny the Petition.

---

*Corp.*, 2010 WL 8435397, *3-4 (C.D. Cal. Nov. 5, 2010) (same); *Spinelli v. Capital One Bank*, 265 F.R.D. 598, 604-05 (M.D. Fla. 2009) (same).

DATED: February 19, 2013.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/* Robert D. Wick

Thomas Benedict　　　　　　　　　　Robert D. Wick
GOODSILL ANDERSON QUINN & STIFEL　Andrew Soukup
LLLP　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
Alii Place　　　　　　　　　　　　　1201 Pennsylvania Avenue, NW
1099 Alakea St. Suite 1800　　　　　Washington, DC 20004
Honolulu, HI 96813　　　　　　　　Tel: (202) 662-6000
Tel: (808) 547-5600

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.*

　　　　　　　　　　　　　　　　　　*/s/* Julia B. Strickland

Michael C. Bird　　　　　　　　　　Julia B. Strickland
WATANABE ING LLP　　　　　　　David W. Moon
First Hawaiian Center　　　　　　　Jason Sung-Hyuk Yoo
999 Bishop Street, 23rd Floor　　　　STROOCK & STROOCK & LAVAN LLP
Honolulu, HI 96813　　　　　　　　2029 Century Park East
Tel: (808) 544-8300　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　Tel: (310) 556-5800

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants HSBC Bank Nevada, N.A. and HSBC Card Services, Inc.*

　　　　　　　　　　　　　　　　　　*/s/* James F. McCabe

Margery S. Bronster　　　　　　　　James F. McCabe
Andrew L. Pepper　　　　　　　　　James R. McGuire
BRONSTER HOSHIBATA　　　　　　MORRISON & FOERSTER LLP
2300 Pauahi Tower　　　　　　　　　425 Market Street
1003 Bishop St.　　　　　　　　　　San Francisco, CA 94105
Honolulu, HI 96813　　　　　　　　Tel: (415) 268-7000
Tel.: (808) 524-5644

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC*

John P. Manaut
CARLSMITH BALL LLP
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, HI 96813
Tel.: (808) 523-2500

*/s/* Julia B. Strickland
Julia B. Strickland
David W. Moon
Jason Sung-Hyuk Yoo
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Tel.: (310) 556-5800

*Attorneys for Defendants Discover Financial Services, Inc., Discover Bank, and DFS Services, L.L.C.*

Gail Y. Cosgrove
Kunio Kuwabe
HISAKA STONE GOTO YOSHIDA COSGROVE & CHING
Mauka Tower
737 Bishop St., Suite 3000
Honolulu, HI 96813
Tel.: (808) 523-0451

*/s/* Frank G. Burt
Frank G. Burt
JORDEN BURT LLP
1025 Thomas Jefferson St. NW, Suite 400 East
Washington, DC 20007
Tel.: (202) 965-8100

*Attorneys for Defendant American Bankers Management Company, Inc.*

Patricia J. McHenry
CADES SCHUTTE LLP
1000 Bishop St., 12th Floor.
Honolulu, HI 96813
Tel.: (808) 521-9200

*/s/* David L. Permut
David L. Permut
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: (202) 346-4000

*Attorneys for Defendants Bank of America Corporation and FIA Card Services, N.A.*

|  |  |
|---|---|
| Michael Purpura<br>Michael J. Scanlon<br>CARLSMITH BALL LLP<br>American Savings Bank Tower<br>1001 Bishop St., Suite 2200<br>Honolulu, HI 96813<br>Tel.: (808) 523-2500 | */s/* Robert W. Trenchard<br>Robert W. Trenchard<br>Edward Sherwin<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich St.<br>New York, NY 10007<br>Tel.: (212) 230-8800<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Department Stores National Bank* |