# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *ex rel.*  PLAINTIFF
THE STATE OF MISSISSIPPI,

vs.  Civil Action No.: 3:12-cv-565-WHB-RHW

JPMORGAN CHASE & CO., and
CHASE BANK USA, N.A.,  DEFENDANTS

## CONSOLIDATED WITH

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *ex rel.*  PLAINTIFF
THE STATE OF MISSISSIPPI,

vs.  Civil Action No.: 3:12-cv-571

HSBC BANK NEVADA, N.A.,
HSBC CARD SERVICES, INC.; and  DEFENDANTS
HSBC BANK USA, N.A.

## CONSOLIDATED WITH

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *ex rel.*  PLAINTIFF
THE STATE OF MISSISSIPPI,

vs.  Civil Action No.: 3:12-cv-572

CITIGROUP INC.; CITIBANK, N.A.; and
DEPARTMENT STORES NATIONAL  DEFENDANTS
BANK

## CONSOLIDATED WITH

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-573 |
| DISCOVER FINANCIAL SERVICES, INC.;<br>DISCOVER BANK; DFS SERVICES, L.L.C.;<br>and AMERICAN BANKERS<br>MANAGEMENT COMPANY, INC. | DEFENDANTS |

<u>CONSOLIDATED WITH</u>

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-574 |
| BANK OF AMERICA CORPORATION and<br>FIA CARD SERVICES, N.A. | DEFENDANTS |

<u>CONSOLIDATED WITH</u>

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF<br>THE STATE OF MISSISSIPPI, *ex rel.*<br>THE STATE OF MISSISSIPPI, | PLAINTIFF |
| vs. | Civil Action No.: 3:12-cv-575 |
| CAPITAL ONE BANK (USA) N.A., and<br>CAPITAL ONE SERVICES, LLC | DEFENDANTS |

**STATE OF MISSISSIPPI'S NOTICE OF FIFTH CIRCUIT ORDERS**

Pursuant to this Court's Order of September 12, 2013 (Dkt. 52), Plaintiff Jim Hood, Attorney General for the State of Mississippi, on behalf of the State of Mississippi, gives notes of the attached orders from the Fifth Circuit Court of Appeals granting permission for interlocutory review under 28 U.S.C. §§ 1292(b) and 1453(c).

Dated: October 3, 2013          RESPECTFULLY SUBMITTED,

**JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

BY:   /s/ George W. Neville
GEOFFREY MORGAN, MS BAR NO. 3474
SPECIAL ASSISTANT ATTORNEY GENERAL
GEORGE W. NEVILLE, MS BAR NO. 3822
SPECIAL ASSISTANT ATTORNEY GENERAL
ALEXANDER KASSOFF, MS BAR NO. 103581
SPECIAL ASSISTANT ATTORNEY GENERAL
Post Office Box 220
550 High Street, Suite 1200
Jackson, MS  39205-0220
Tel.:  601-359-3680/Fax:  601-359-2003
gnevi@ago.state.ms.us

J. Burton LeBlanc, IV
Laura J. Baughman
S. Ann Saucer
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
bleblanc@baronbudd.com
lbaughman@baronbudd.com
asaucer@baronbudd.com

Richard Golomb, Esq.
Kenneth J. Grunfeld, Esq.
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel.: (215) 985-9177/ Fax: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on all counsel of record via the Court's CM/ECF system on the 3th day of October, 2013.

/s/ George W. Neville
George W. Neville, MS Bar No. 3822
Special Assistant Attorney General
Post Office Box 220
550 High Street, Suite 1200
Jackson, MS  39205-0220
Tel.:  601-359-3680/Fax:  601-359-2003
gnevi@ago.state.ms.us

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-90042

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

    Plaintiff - Petitioner

v.

JP MORGAN CHASE & COMPANY; CHASE BANK USA, N.A.,

    Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

    Plaintiff - Petitioner

v.

HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INCORPORATED; HSBC BANK USC, INCORPORATED,

    Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi; THE STATE OF MISSISSIPPI,

    Plaintiffs - Petitioners

v.

CITIGROUP, INCORPORATED; CITIBANK, N.A.; DEPARTMENT STORES NATIONAL BANK,

    Defendants - Respondents

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

    Plaintiffs - Petitioners

v.

DISCOVER FINANCIAL SERVICES, INCORPORATED; DISCOVER BANK; DFS SERVICES, L.L.C.; AMERICAN BANKERS MANAGEMENT COMPANY, INCORPORATED,

    Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

    Plaintiff - Petitioner

v.

BANK OF AMERICA CORPORATION; FIA CARD SERVICES, N.A

    Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

    Plaintiff - Petitioner

v.

CAPITAL ONE BANK USA N.A.; CAPITAL ONE SERVICES, L.L.C.,

    Defendants - Respondents

---

Motion for Leave to Appeal
Pursuant to 28 U.S.C.§ 1453

Before OWEN, ELROD and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 1453 is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 03, 2013

Mr. J. T. Noblin
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    **No. 13-90042**    **Jim Hood, et al v. JP Morgan Chase & Company, et al**
       USDC No. 3:12-CV-565
       USDC No. 3:12-CV-571
       USDC No. 3:12-CV-572
       USDC No. 3:12-CV-573
       USDC No. 3:12-CV-574
       USDC No. 3:12-CV-575

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Sabrina B. Short*
By:_____
Sabrina B. Short, Deputy Clerk
504-310-7817

cc w/encl:
    Honorable William H. Barbour Jr.
    Mrs. Meredith McCollum Aldridge
    Mr. Dorsey Reese Carson Jr.
    Mr. Richard Moss Golomb
    Mr. Charles E. Griffin
    Mr. Kenneth Jay Grunfeld
    Mr. W. Kurt Henke
    Mr. George Waddell Neville
    Mr. Alan W. Perry
    Ms. Sherri Ann Saucer
    Mr. Andrew James Soukup
    Mr. Phillip Samuel Sykes
    Mr. H. Hunter Twiford III
    Mr. Mark Herndon Tyson

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-90046

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi;
STATE OF MISSISSIPPI,

      Plaintiff - Petitioner

v.

JP MORGAN CHASE & COMPANY; CHASE BANK USA, N.A,

      Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

      Plaintiff - Petitioner

v.

HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INCORPORATED; HSBC BANK USC, INCORPORATED,

      Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi;
THE STATE OF MISSISSIPPI,

        Plaintiffs - Petitioners

v.

CITIGROUP, INCORPORATED; CITIBANK, N.A.; DEPARTMENT STORES NATIONAL BANK,

        Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of Mississippi,

        Plaintiff - Petitioner

v.

DISCOVER FINANCIAL SERVICES, INCORPORATED; DISCOVER BANK; DFS SERVICES, L.L.C.;
AMERICAN BANKERS MANAGEMENT COMPANY, INCORPORATED,

        Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex re;. The State of Mississippi,

        Plaintiff - Petitioner

v.

BANK OF AMERICA CORPORATION; FIA CARD SERVICES, N.A.,

        Defendants - Respondents

---

JIM HOOD, Attorney General of the State of Mississippi, ex rel. The State of

Mississippi,

    Plaintiff - Petitioner

v.

CAPITAL ONE BANK USA, N.A.; CAPITAL ONE SERVICES, L.L.C.,

    Defendants - Respondents

---

Motion for Leave to Appeal
from an Interlocutory Order

---

Before OWEN, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Mississippi, Jackson, entered on July 31, 2013 is GRANTED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 03, 2013

Mr. J. T. Noblin
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 13-90046   Jim Hood, et al v. JP Morgan Chase & Company, et al
                  USDC No. 3:12-CV-565
                  USDC No. 3:12-CV-571
                  USDC No. 3:12-CV-572
                  USDC No. 3:12-CV-573
                  USDC No. 3:12-CV-574
                  USDC No. 3:12-CV-575

Enclosed is a copy of the judgment issued as the mandate.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By:_____
                  Shawn D. Henderson, Deputy Clerk
                  504-310-7668

cc w/encl:

    Mrs. Meredith McCollum Aldridge
    Honorable William H. Barbour Jr.
    Mr. Dorsey Reese Carson Jr.
    Mr. Richard Moss Golomb
    Mr. Charles E. Griffin
    Mr. Kenneth Jay Grunfeld
    Mr. W. Kurt Henke
    Mr. George Waddell Neville
    Mr. Alan W. Perry
    Ms. Sherri Ann Saucer
    Mr. Andrew James Soukup

Mr. Phillip Samuel Sykes
Mr. H. Hunter Twiford III
Mr. Mark Herndon Tyson