# EXHIBIT A

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT          5018-0
  *tbenedict@goodsill.com*
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
  *rwick@cov.com*
EMILY JOHNSON HENN *(Pro Hac Vice)*
  *ehenn@cov.com*
ANDREW SOUKUP *(Pro Hac Vice)*
  *asoukup@cov.com*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE | CIVIL NO. 12-00263 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 37] DECLARATION OF COUNSEL;** |

| | |
|---|---|
| DEFENDANTS 1-20,<br><br>         Defendants. | EXHIBITS 1-6; CERTIFICATE OF SERVICE<br><br>*Hearing:* *November 19, 2012*<br>*Time:* *9:45 a.m.*<br>*Judge:* *Hon. Leslie E. Kobayashi* |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>         Plaintiff,<br><br>vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC., and DOE DEFENDANTS 1-20,<br><br>         Defendants. | CIVIL NO. 12-00266 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 38] DECLARATION OF COUNSEL; EXHIBITS 1-6; CERTIFICATE OF SERVICE**<br><br>*Hearing:* *November 19, 2012*<br>*Time:* *9:45 a.m.*<br>*Judge:* *Hon. Leslie E. Kobayashi* |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>         Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A., CAPITAL ONE SERVICES, LLC, | CIVIL NO. 12-00268 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 39] DECLARATION OF COUNSEL;** |

| | |
|---|---|
| and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | EXHIBITS 1-6; CERTIFICATE OF SERVICE<br><br>*Hearing:* November 19, 2012<br>*Time:*　　9:45 a.m.<br>*Judge:*　　Hon. Leslie E. Kobayashi |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., AMERICAN BANKERS MANAGEMENT COMPANY, INC., and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | CIVIL NO. 12-00269 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 40] DECLARATION OF COUNSEL; EXHIBITS 1-6; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:*　　9:45 a.m.<br>*Judge:*　　Hon. Leslie E. Kobayashi |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD | CIVIL NO. 12-00270 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 41] DECLARATION OF COUNSEL;** |

| | |
|---|---|
| SERVICES, N.A., and DOE DEFENDANTS 1-20,<br><br>              Defendants. | **EXHIBITS 1-6; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:*     9:45 a.m.<br>*Judge:*    Hon. Leslie E. Kobayashi |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>              Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, and DOE DEFENDANTS 1-20,<br><br>              Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NO. 42] DECLARATION OF COUNSEL; EXHIBITS 1-6; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:*     9:45 a.m.<br>*Judge:*    Hon. Leslie E. Kobayashi |

## IV. THE *CITIBANK* ACTION IS REMOVABLE UNDER THE SUBSTANTIAL FEDERAL QUESTION DOCTRINE.

To preserve the argument for appeal, Citibank also removed on the substantial federal question ground, as the Complaint relies on violations of federal law to establish alleged violations of state law. Citibank acknowledges, however, that *Nevada v. Bank of America*, 672 F.3d 661 (9th Cir. 2012) rejects this argument. Citibank continues to rely on the other grounds stated in its notice of removal, addressed above in this brief.

## V. THE ATTORNEY GENERAL IS NOT ENTITLED TO FEES OR COSTS.

Even if this Court were to disagree with the banks' removal arguments, the Attorney General's request for fees and costs lacks merit. Fees and costs may be assessed "only where the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). "[I]f clearly established law did not foreclose a defendant's basis for removal, then a district court should not award attorneys' fees." *Ortiz v. Menu Foods, Inc.*, 525 F. Supp. 2d 1220, 1237 (D. Haw. 2007) (internal quotation marks omitted).

Here, no "clearly established law" forecloses the removal arguments set forth above; indeed, if any such law existed, it would not have taken the Attorney General 37 pages and 29 footnotes to try to rebut defendants' removal

41